Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# UNITED STATES DISTRICT COURT
for the

District of _____

Division  8:23 cv 79 CEH - JSS

Case No. **06-DR-006381**
(to be filled in by the Clerk's Office)

**DAVID A. LINDSAY**
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**NANCY T. BROWN**
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: **DAVID A. LINDSAY**
   Street Address: **4709 E. Riverhills Drive**
   City and County: **TAMPA    Hillsborough**
   State and Zip Code: **Fl    33617**
   Telephone Number: **813-477-0203**
   E-mail Address: **David@LibertyMANOR.ORg**

Defendant No. 1
- Name: Nancy T. Brown
- Job or Title (if known):
- Street Address: 2114 1st Street
- City and County: Indian Rocks  Pinellas
- State and Zip Code: Florida  33785
- Telephone Number:
- E-mail Address (if known): NTblSeaRay2001@yahoo.com
  mel3blondie@yahoo.com

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) __DAVID A. Lindsay__, is a citizen of the State of (name) __Florida__.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____ and has its principal place of business in the State of (name) _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) __NANCY T. Brown__, is a citizen of the State of (name) __Florida__. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* __NANCY T. BROWN__, owes the plaintiff *(specify the amount)* $ __133,000.00__, because *(use one or more of the following, as appropriate)*:

401K  85,000
Mortgage 48,000 (2 mortgages)

A. **On a Promissory Note**  [Court Order]

On *(date)* __Feb 19, 2007__, the defendant signed and delivered a note promising to pay the plaintiff on *(date)* __Feb 19, 2007__ the sum of *(specify the amount)* $ __133,000.00__ with interest at the rate of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ __133,000.00__. A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

Financial Disclosure included

B. **On an Account Between the Parties**

The defendant owes the plaintiff *(specify the amount)* $ _____. This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit-card company and a credit-card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ _____. Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

C. **For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

D. **For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loaned the defendant on *(date)* _____ .

E. **For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to the defendant on *(date)* _____ , when the defendant received the payment from *(specify who paid and describe the circumstances of the payment)*

_____

F. **For Money Had and Received**

The defendant was paid money *(specify the amount)* $ _____ on *(date)* _____ by *(identify who paid and describe the circumstances of the payment)*

_____

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned)*

_____

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Bifucated Final Judgement of Divorce entered Sept 6, 2013 in Family Law Tampa, Fl. Defendant was ordered to equally divid her 401K in addition to pay half of the mortgage until the sale of the residence. House went into foreclosure because Defendant continued to take the For Sale sign down. Defendant is in Contempt of Final Decree of Divorce. Family Court in Hillsborough County deferred the case to Federal Court for enforcement. Defendant successfully

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

liquidated her 401K to prevent the Plaintiff from Acquiring the 401K funds. I suggest Defendant is required to pay by garnish debtors wages or seize Assets using a Writ of Execution. Defendant Furthermore should be responsible for Contempt of Final Decree.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/15/22

Signature of Plaintiff

Printed Name of Plaintiff: DAVID A. LINDSAY

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____